IN THE UNITED STATES DISTRICT COURT

FILED'06 FEB 22 09:36USDC-ORP

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GLENN NASH, | Civil No. 05-170-KI |
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,186.84 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.   No other fees, costs, or expenses will be awarded.

DATED this ____22____ day of _____Feb_____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
_____
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant